IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. WILLIAMS,

      Plaintiff,                 No. CIV S-08-1923 FCD DAD P

      vs.

MED. AUTHORIZATION
REVIEW COMM., et al.,

      Defendants.            <u>ORDER</u>

/

      Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

      On November 5, 2008, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendant Anita David was returned unserved because defendant is "not employed . . . [and] not in the database". Plaintiff must provide additional information to serve this defendant. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff.

      Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send to plaintiff one USM-285 forms, along with an instruction sheet and a copy of the complaint filed August 18, 2008;

1

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for defendant Anita David;

    b. Two copies of the endorsed complaint filed August 18, 2008; and

    c. One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: March 9, 2009.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:md
will1923.8e

|     |                                                                 |                         |
| --- | --------------------------------------------------------------- | ----------------------- |
| 1   |                                                                 |                         |
| 2   |                                                                 |                         |
| 3   |                                                                 |                         |
| 4   |                                                                 |                         |
| 5   |                                                                 |                         |
| 6   |                                                                 |                         |
| 7   |                                                                 |                         |
| 8   | IN THE UNITED STATES DISTRICT COURT                             |                         |
| 9   | FOR THE EASTERN DISTRICT OF CALIFORNIA                          |                         |

JAMES W. WILLIAMS,

        Plaintiff,                        No. CIV S-08-1923 FCD DAD P

   vs.

MED. AUTHORIZATION
REVIEW COMM., et al.,                 NOTICE OF SUBMISSION

        Defendants.                OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____ completed summons form

        _____ completed USM-285 forms

        _____ copies of the _____
                               Complaint/Amended Complaint

DATED:

                                                        _____
                                                        Plaintiff