IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. WILLIAMS,

    Plaintiff,                      No. CIV S-08-1923 FCD DAD P

    vs.

MED. AUTHORIZATION
REVIEW COMM., et al.,

    Defendants.                 <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 20, 2009, the court filed findings and recommendations recommending that defendant Anita David be dismissed due to plaintiff's failure to provide a new USM-285 form to effect service on defendant Davis. On May 13, 2009, defendants David and Reid filed their answer.

        Accordingly, IT IS HEREBY ORDERED that the court's findings and recommendations, filed on April 20, 2009 (Doc. No. 23) are vacated.

DATED: June 4, 2009.

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:4
will1923.vac