IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES W. WILLIAMS,

    Plaintiff,                       No. CIV S-08-1923 FCD DAD P

    vs.

MED. AUTHORIZATION REVIEW COMM., et al.,

    Defendants.            <u>ORDER</u>

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On May 25, 2009, the court ordered defendant Reid to pay the United States Marshal $683.10 for effecting personal service or to show good cause for his failure to waive personal service. Defendant Reid had filed his response demonstrating good cause for his failure to waive service. Therefore, the court's order will be vacated.

        On October 26, 2009, defendants filed a motion to compel responses to requests for production of documents and for sanctions for plaintiff's failure to notify the court and opposing counsel of any change in address. Defendants explain how they serviced timely discovery requests but failed to obtain any responses from plaintiff. Defendants have also been advised by the California Department of Corrections that plaintiff was paroled on August 31, 2009. The court will issue an order directing plaintiff to notify the court of his current address.

If plaintiff fails to submit a response or the court's mail is returned undelivered, the court will recommend that this action be dismissed due to plaintiff's failure to keep the court apprised of his current address.

Accordingly, IT IS HEREBY ORDERED that:

1. Good cause appearing, the court's May 28, 2009 order ordering defendant Reid to pay the United States Marshall $683.10 for effecting personal service is vacated;

2. Within fifteen days from the date of this order, plaintiff shall file a notice of change of address. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed; and

3. The Clerk of the Court is directed to provide the United States Marshal with a copy of this order.

DATED: November 2, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
will1923.ord